IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 17-21291-CMB |
| Richard A. Steigerwald, Sr. and | ) |
| Patricia L. Steigerwald, | ) Chapter 13 |
| **Debtors,** | ) |
| Richard A. Steigerwald, Sr. and | ) Related Document No. 23 |
| Patricia L. Steigerwald, | ) |
| **Movants,** | ) Document No. |
| v. | ) |
| Bank of New York Mellon, | ) |
| **Respondent.** | ) |

### ORDER OF COURT

**AND NOW**, this __14th__ day of __June_____, 2017, on motion of the Debtors, it is hereby **ORDERED** that the Debtors are granted an extension of time of thirty (30) days to file a motion to enter the loss mitigation program.

By the Court,

FILED
6/14/17 3:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____dms
**Honorable Carlota M. Böhm**
**United States Bankruptcy Judge**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Richard A. Steigerwald, Sr.
Patricia L. Steigerwald
    Debtors

Case No. 17-21291-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Jun 14, 2017
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2017.
db/jdb       +Richard A. Steigerwald, Sr.,   Patricia L. Steigerwald,   6 Cheryl Drive,   Coraopolis, PA 15108-3404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2017 at the address(es) listed below:
          David Z. Valencik    on behalf of Debtor Richard A. Steigerwald, Sr. dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
          David Z. Valencik    on behalf of Joint Debtor Patricia L. Steigerwald dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
          Donald R. Calaiaro    on behalf of Joint Debtor Patricia L. Steigerwald dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
          Donald R. Calaiaro    on behalf of Debtor Richard A. Steigerwald, Sr. dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
          James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS 2005-06 bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Township of Robinson/Montour School District jhunt@grblaw.com,    cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                      TOTAL: 8