# MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

FILED
7/14/17 8:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Name: **Steigerwald SR.**    JAD/TPA/**CMB**/GLT

Case Number: **17-21291**

Date of Meeting: **7/10/17**    Recording # **5**

Debtor(s) present **✓** or Not Present ___ ( No Payments Made or **✓** partial payments)

Attorney for debtor(s) **Calaiaro Valencik** (Present ___ or Not Present **✓**)

Date of Plan at § 341: **4-14-17**    Applicable commitment period **✓** 3 yrs ___ 5 yrs

3 prior 13's DM
2 7's / DM / Discharged (6-3-16)

Not eligible for discharge in this case
mother receives 1,999/mo - not listed + atty says
it should not be considered - But the mother
should be considered a dependent but not
count her income.
Question as to who owns the R.E. - might be
H + W's mother -
Ability to avoid PHFA mortgage + to modify
first mortgage complicated by co-owner
Atty doesn't know how RE is titled

___
**✓** Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD            ___ Order to Show Cause Requested
                                 ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**✓** Continued to:
    ___ 341 Meeting   OR **✓** Conciliation Conf. OR ___ *Contested Hearing
    On **9-7-17** at **11:00** am/pm Location **3251 US Stl**

_____
Chapter 13 Trustee/Attorney for Trustee