IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 17-21291CMB |
| Richard A. Steigerwald, Sr. and | : |
| Patricia L. Steigerwald, | : Chapter 13 |
|     Debtors, | : |
| Richard A. Steigerwald, Sr. and | : Document No.   36   & 41 |
| Patricia L. Steigerwald, | : |
|     Movants, | : |
| v. | : |
| Bank of New York Mellon, | : |
|     Respondent. | : |

AMENDED

**LOSS MITIGATION ORDER**

A *Motion for Loss Mitigation* was filed by *Richard A. Steigerwald, Sr. and Patricia L. Steigerwald* on July 13, 2017. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

*AND NOW*, this 30th day of August, 2017, it is hereby **ORDERED** that:

(1) The following parties are directed to participate in the Court's **Loss Mitigation Program (LMP)** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

    Debtor:    Richard A. Steigerwald, Sr. and Patricia L. Steigerwald

    Creditor:   Bank of New York Mellon

(2) ***During the Loss Mitigation Period***, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $1,250.00 per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3) ***Within fourteen (14) days from the entry of this Order***, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4) ***Within seven (7) days from the entry of this Order*** or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5) ***Within fourteen (14) days of the debtor's submission of the Core LMP Package***, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6) ***Within sixty (60) days from the entry of this Order***, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7)     ***One hundred twenty (120) days from the entry of this Order,*** the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8)     ***Within seven (7) days of the termination of the Loss Mitigation Period***, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9)     Debtor shall ***immediately*** serve a copy of this Order on Creditor and file a certificate of service evidencing same.

_____
United States Bankruptcy Judge

**FILED**

AUG 3 0 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA