**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-21291 CMB |
| Richard A. Steigerwald, Sr. and | : | |
| Patricia L. Steigerwald, | : | Chapter 13 |
|     Debtors, | : | |
| Richard A. Steigerwald, Sr. and | : | Related Document No. 46 |
| Patricia L. Steigerwald, | : | |
|     Movants, | : | |
| v. | : | |
| Bank of New York Mellon, | : | |
|     Respondent. | : | Document No. |

**CERTIFICATE OF SERVICE OF Amended Loss Mitigation Order**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 1, 2017.

**SERVICE BY FIRST CLASS MAIL**:
Mr. and Mrs. Steigerwald, Sr., 6 Cheryl Drive, Coraopolis, PA 15108

**SERVICE BY NEF**:
James C. Warmbrodt, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106

Office of the U.S. Trustee, 1001 Liberty Avenue, Liberty Center, Suite 970, Pittsburgh, PA 15222

Ronda J. Winnecour, Chapter 13 Trustee receives service electronically through the CM/ECF System at cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**EXECUTED ON:** September 1, 2017      /s/ Donald R. Calaiaro
    **Donald R. Calaiaro, Esquire, PA I.D. #27538**
    **dcalaiaro@c-vlaw.com**

    /s/ David Z. Valencik
    **David Z. Valencik, Esquire, PA I.D. #308361**
    **dvalencik@c-vlaw.com**
    **CALAIARO VALENCIK**
    **428 Forbes Avenue, Suite 900**
    **Pittsburgh, PA 15219-1621**
    **(412) 232-0930**