# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

***Conciliation Conference:***

| | |
|---|---|
| Debtor: | RICHARD A. & PATRICIA L. STEIGERWALD |
| Case Number: | 17-21291-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, DECEMBER 07, 2017 02:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
12/8/17 2:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

***Matter:***

#13 - Final Confirmation of Plan Dated 4/14/2017 (NFC)
R / M #:  13 / 0

***Appearances:***

Valencik

Debtor:
Trustee: Winnecour / Bedford / Pail / Katz

Creditor:

***Proceedings:***

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to _4/12/18_ at _11:30_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other: