# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | RICHARD A. & PATRICIA L. STEIGERWALD |
| **Case Number:** | 17-21291-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, APRIL 12, 2018 11:30 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
4/16/18 1:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#13 - Continued Confirmation of Plan Dated 4/14/2017 (NFC)
R / M #:  13 / 0

### *Appearances:*

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone    —    Valencik
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ___X___ The plan payment/term is increased/extended to _____, ___3___ effective _____.
7. ___X___ Plan/Motion continued to __8/9/18__ at __11:30__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

4/6/2018    3:17:46PM