**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-21291 CMB |
| Richard A. Steigerwald, Sr. and | : | |
| Patricia L. Steigerwald, | : | Chapter 13 |
| Debtors, | : | |
| Richard A. Steigerwald, Sr. and | : | Related Document No. 46   & 61 |
| Patricia L. Steigerwald, | : | |
| Movants, | : | |
| v. | : | |
| Carrington Mortgage Services, LLC, | : | |
| Respondent. | : | Document No. |

## ORDER

A *Loss Mitigation Order* dated <u>August 30, 2017</u>, was entered in the above matter at Document No. <u>46</u>.  On <u>May 15, 2018</u>, a ***Motion to Extend the Loss Mitigation Period*** was filed by <u>Richard A. Steigerwald, Sr., and Patricia L. Steigerwald</u> at Document No. <u>46</u>.

*AND NOW*, this <u>25th</u> day of <u>May</u>, 2018, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is ***extended up to and including*** *the* <u>29th</u> *day of* <u>June</u>*, 2018.*

**IT IS ORDERED,** *that the LMP final report is due on the* <u>6th</u> *day of* <u>July</u>*, 2018.*

By the Court,

*Carlota M. Böhm* dms
_____
Honorable Carlota M. Böhm
United States Bankruptcy Judge

FILED
5/25/18 1:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-21291-CMB
Richard A. Steigerwald, Sr.                                               Chapter 13
Patricia L. Steigerwald
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: dsaw              Page 1 of 1              Date Rcvd: May 25, 2018
                                 Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2018.
db/jdb          +Richard A. Steigerwald, Sr.,    Patricia L. Steigerwald,    6 Cheryl Drive,
                 Coraopolis, PA 15108-3404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2018 at the address(es) listed below:
              David Z. Valencik   on behalf of Debtor Richard A. Steigerwald, Sr. dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              David Z. Valencik   on behalf of Joint Debtor Patricia L. Steigerwald dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              David Z. Valencik   on behalf of Plaintiff Patricia L. Steigerwald dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              David Z. Valencik   on behalf of Plaintiff Richard A. Steigerwald, Sr. dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro   on behalf of Joint Debtor Patricia L. Steigerwald dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro   on behalf of Debtor Richard A. Steigerwald, Sr. dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              James Warmbrodt   on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS 2005-06 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt   on behalf of Creditor    Township of Robinson/Montour School District
               jhunt@grblaw.com, cnoroski@grblaw.com
              Kevin Scott Frankel   on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
               pabk@logs.com
              Michael Kaminski   on behalf of Plaintiff Richard A. Steigerwald, Sr. mkaminski@c-vlaw.com,
               jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              Michael Kaminski   on behalf of Plaintiff Patricia L. Steigerwald mkaminski@c-vlaw.com,
               jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                   TOTAL: 13