# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | RICHARD A. & PATRICIA L. STEIGERWALD |
| **Case Number:** | 17-21291-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 09, 2018 11:30 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
8/10/18 9:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#13 - Continued Confirmation of Plan Dated 4/14/2017 (NFC)
R / M #:  13 / 0

### *Appearances:*

Debtor: Valencik
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _X_ Plan/Motion continued to  11/8/18  at  11:30
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/2/2018    3:31:16PM