# PROCEEDING MEMO

Date: 08/15/2018 10:00 am

In re: Richard A. Steigerwald, Sr.
and Patricia L. Steigerwald

Bankruptcy No. 17-21291-CMB
Chapter: 13
Doc. # 66

**Appearances:**

Movant(s):    Donald R. Calaiaro, Esq. for Debtors
David Z. Valencik, Esq. for Debtors ✓

Respondent(s):    ~~Kevin Frankel, Esq.~~ for Carrington Mortgage
Winnecour / Pail / Katz / DeSimone

Creditor(s):

Nature of Proceeding: # 66 Status Conference re Loss Mitigation

Additional Pleadings:

Judge's Notes:

*Matter resolved
per atty Valencik.*

*— LMP extended
to Oct 1, 2018.*

Outcome:

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

**FILED**

AUG 15 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA