# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** RICHARD A. & PATRICIA L. STEIGERWALD
- **Case Number:** 17-21291-CMB   **Chapter:** 13
- **Date / Time / Room:** THURSDAY, NOVEMBER 08, 2018 11:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
11/13/18 3:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#13 - Continued Confirmation of Plan Dated 4/14/2017 (NFC)
R / M #: 13 / 0

**Appearances:**

- Debtor: _Valerie_ (signature)
- Trustee: Winnecour / Pail / **Katz** / DeSimone
- Creditor:

**Proceedings:**

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ✓ Plan/Motion continued to **4/4/19** at **10:30 AM**
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___
9. ___ Contested Hearing: ___ at ___.
10. ___ Other:

Handwritten notes:
LMP pending. Debtor is to increase WA to make up plan arrears, or to figure out why the amt being remitted is not insufficient.