**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 17-21291 CMB |
| Richard A. Steigerwald Sr. and | ) |
| Patricia L. Steigerwald, | ) **Chapter** 13 |
| **Debtors,** | ) |
| Standing Chapter 13 Trustee and | ) **Related Document No.** 82 |
| Richard A. Steigerwald Sr., | ) |
| **Movants,** | ) |
| vs. | ) |
| Comcast of Pennsylvania, | ) |
| **Respondent.** | ) **Document No.** |

**CERTIFICATE OF SERVICE OF Notification of Debtor's Social Security Number and the Amended Wage Attachment Order dated December 12, 2018**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 12, 2018.

**Service by First Class Mail**:
Comcast Cable Communications Management, LLC, ATTN: Wage Garnishment, 1701 John F. Kennedy Blvd., Philadelphia, PA  19103-2638
Mr. and Mrs. Richard Steigerwald, 6 Cheryl Drive, Coraopolis, PA 15108
**Service by NEF**:
Office of the U.S. Trustee, 1001 Liberty Avenue, Suite 970, Liberty Center, Pittsburgh, PA  15222
Ronda J. Winnecour, Chapter 13 Trustee receives service electronically through the CM/ECF System at cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification
If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**EXECUTED ON:** December 12, 2018    /s/ Donald R. Calaiaro_____
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
 /s/ David Z. Valencik_____
**David Z. Valencik, Esquire,   PA I.D. #308361**
**dvalencik@c-vlaw.com**
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 17-21291 CMB |
| Richard A. Steigerwald Sr. and | ) |
| Patricia L. Steigerwald, | ) **Chapter** 13 |
| **Debtors,** | ) |

## NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

Name of employer or other party subject to wage attachment: **Comcast Cable Communications Management, LLC**

Debtor's name:  **Richard A. Steigerwald**

Debtor's nine digit social security number:  **xxx-xx-9948**

Debtor's address: **6 Cheryl Drive, Coraopolis, PA 15108**

This notification is accompanied by a Wage Attachment Order issued by a United States Bankruptcy Judge regarding attachment of the debtor's wages. The debtor's Social Security number is being provided to assist in complying with the court order.

**EXECUTED ON:** December 12, 2018    /s/ Donald R. Calaiaro  
**Donald R. Calaiaro, Esquire, PA I.D. #27538**  
**dcalaiaro@c-vlaw.com**  
 /s/ David Z. Valencik  
**David Z. Valencik, Esquire,   PA I.D. #308361**  
**dvalencik@c-vlaw.com**  
**CALAIARO VALENCIK**  
**428 Forbes Avenue, Suite 900**  
**Pittsburgh, PA  15219-1621**  
**(412) 232-0930**