**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-21291 CMB |
| Richard A. Steigerwald, Sr. and | : | |
| Patricia L. Steigerwald, | : | Chapter 13 |
| Debtors, | : | |
| Richard A. Steigerwald, Sr. and | : | Related Document No. 46,86,88 |
| Patricia L. Steigerwald, | : | |
| Movants, | : | Status Conf.: 04/10/19 @ 10:00 a.m. |
| v. | : | |
| Carrington Mortgage Services, LLC, | : | |
| Respondent. | : | Document No. |

## CERTIFICATE OF SERVICE OF Order Dated March 5, 2019

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 5, 2019.

**SERVICE BY NEF**:
Kevin Frankel, Esquire, Shapiro & DeNardo, L.L.C., 3600 Horizon Dr. Suite 150, King of Prussia, PA 19406
Office of the U.S. Trustee, 1001 Liberty Avenue, Liberty Center, Suite 970, Pittsburgh, PA  15222
Ronda J. Winnecour, Chapter 13 Trustee receives service electronically through the CM/ECF System at cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**EXECUTED ON:** March 5, 2019

/s/ Donald R. Calaiaro  _____
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
/s/ David Z. Valencik  _____
**David Z. Valencik, Esquire,   PA I.D. #308361**
**dvalencik@c-vlaw.com**

**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**