IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Richard A. Steigerwald, Sr. and Patricia L. Steigerwald, *Debtors,* | : : : : : | Bankruptcy No. 17-21291 CMB<br><br>Chapter 13<br><br>Related to Doc. Nos. 46, 86 |
| Richard A. Steigerwald, Sr. and Patricia L. Steigerwald, *Movants,* | : : : : | |
| *v.* | : : | |
| Carrington Mortgage Services, LLC, *Respondent.* | : : : | Hearing: April 10, 2019 at 10:00 A.M. |

## ORDER

On February 15, 2019, the Debtors filed a **Motion to Extend the Loss Mitigation Period** at Document No. 86, indicating that the Debtors need additional time to submit any new information that the Court determines is necessary and for the servicer to review the file for a modification. Therefore,

*AND NOW*, this *5th* day of *March, 2019*, it is hereby **ORDERED, ADJUDGED** *and DECREED* that:

(1) A *Status Conference* on compliance with the pending *Amended Loss Mitigation Order*, dated August 30, 2017, and the need for the filing of the [Fifth] Motion to Extend the Loss Mitigation Period is scheduled on **April 10, 2019** at **10:00 a.m.** in Courtroom B, 54th Floor US Steel Tower, 600 Grant Street, Pittsburgh PA 15219.

(2) **The Loss Mitigation Period is extended up to and including April 10, 2019.**

(3) The Movant shall immediately serve a copy of this Order on the Respondent and Counsel for the Respondent, and file a certificate of service within five (5) days.

BY THE COURT:

_Carlota M. Böhm_
Chief United States Bankruptcy Judge **dmr**

FILED
3/5/19 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Richard A. Steigerwald, Sr.
Patricia L. Steigerwald
    Debtors

Case No. 17-21291-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw        Page 1 of 1        Date Rcvd: Mar 05, 2019
                      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.
db/jdb       +Richard A. Steigerwald, Sr.,   Patricia L. Steigerwald,   6 Cheryl Drive,   Coraopolis, PA 15108-3404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2019 at the address(es) listed below:
           David Z. Valencik   on behalf of Debtor Richard A. Steigerwald, Sr. dvalencik@c-vlaw.com,
      cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
           David Z. Valencik   on behalf of Joint Debtor Patricia L. Steigerwald dvalencik@c-vlaw.com,
      cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
           David Z. Valencik   on behalf of Plaintiff Patricia L. Steigerwald dvalencik@c-vlaw.com,
      cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
           David Z. Valencik   on behalf of Plaintiff Richard A. Steigerwald, Sr. dvalencik@c-vlaw.com,
      cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
           Donald R. Calaiaro   on behalf of Joint Debtor Patricia L. Steigerwald dcalaiaro@c-vlaw.com,
      cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
           Donald R. Calaiaro   on behalf of Debtor Richard A. Steigerwald, Sr. dcalaiaro@c-vlaw.com,
      cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
           James Warmbrodt   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS 2005-06 bkgroup@kmllawgroup.com
           Jeffrey R. Hunt   on behalf of Creditor   Township of Robinson/Montour School District jhunt@grblaw.com, cnoroski@grblaw.com
           Kevin Scott Frankel   on behalf of Creditor   Carrington Mortgage Services, LLC, et al. pabk@logs.com
           Michael Kaminski   on behalf of Plaintiff Richard A. Steigerwald, Sr. mkaminski@c-vlaw.com,
      jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
           Michael Kaminski   on behalf of Plaintiff Patricia L. Steigerwald mkaminski@c-vlaw.com,
      jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
           Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                    TOTAL: 13