PROCEEDING MEMO

Date: 04/10/2019 10:00 am

In re: Richard A. Steigerwald, Sr.
Patricia L. Steigerwald

Bankruptcy No. 17-21291-CMB
Chapter: 13
Doc. # 86

Appearances:

Movant(s): ~~Donald R. Calaiaro, Esq. for Debtors~~
David Valencik, Esq. for Debtors

Respondents: Winnecour / Pail / Katz / DeSimone

Creditor(s): ~~Kevin Frankel, Esq. for~~ Mark Pecarchik Carrington Mortgage Services

Nature of Proceeding: #86 Motion to Extend the Loss Mitigation Period

Additional Pleadings: #87 Certificate of No Objection
#88 Order setting Status hearing re Loss Mitigation
#90 Certificate of Service re #88

Judge's Notes:

Outcome:          LMP extended until May 30, 2019
                  Modified Order Entered

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED        Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED         Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                              Respondent(s) brief due _____ days
                              Trustee's brief due _____ days

FILED
4/10/19 2:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge