# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| **Debtor:** | RICHARD A. & PATRICIA L. STEIGERWALD |
| **Case Number:** | 17-21291-CMB       **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, APRIL 04, 2019  10:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
4/11/19 8:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#13 - Continued Confirmation of Plan Dated 4/14/2017 (NFC)
R / M #:   13 / 0

### Appearances:

Valencik

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 6/27/19 at 11:00
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

3/29/2019   8:44:00AM