**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>Richard A. Steigerwald, S. and<br>Patricia L. Steigerwald,<br>　　　　　Debtors | Bankruptcy No. 17-21291-CMB<br><br>Chapter 13 |
| Richard A. Steigerwald, S. and<br>Patricia L. Steigerwald,<br>　　　　　Movants<br><br>v.<br><br>Bank of New York Mellon,<br>　　　　　Respondent. | Related Doc. No. 36 & 41 |

**ORDER REGARDING COMPLIANCE WITH LOSS MITIGATION PROGRAM**

On July 28, 2017, this Court entered the Loss Mitigation Order ("LMP Order") directing the above-captioned parties to participate in the Court's Loss Mitigation Program ("LMP"). Pursuant to the LMP Order and the Local Rules, the LMP Period terminates one hundred twenty (120) days from entry of the LMP Order unless extended. The LMP Order further provides that the Debtor shall submit an LMP Final Report within seven (7) days of the termination of the LMP Period. In this case, the record reflects that the LMP Period expired.

Accordingly, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. Within fifteen (15) days from the date of this Order, the Debtor shall file one of the following:

    a. An appropriate Motion to Extend the Loss Mitigation Period, setting forth the specific reasons why the parties were unable to reach a consensual resolution on or

before the expiration of the LMP Period and why an extension of the LMP Period should be granted by the Court;

*or*

    b.   An LMP Final Report.

2. Failure to comply with the terms of this Order may result in the imposition of sanctions. While the Court does not desire to impose sanctions, the Court intends to ensure that LMP matters progress to completion.

3. If a party to the LMP has not been cooperating or proceeding in good faith as required by the Local Rules, the matter shall be brought to the attention of the Court for resolution.

Date: June 13, 2019

                                Carlota M. Böhm  
                                Chief United States Bankruptcy Judge

FILED  
6/13/19 3:02 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 17-21291-CMB
Richard A. Steigerwald, Sr.                                     Chapter 13
Patricia L. Steigerwald
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dsaw              Page 1 of 1              Date Rcvd: Jun 13, 2019
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2019.
db/jdb         +Richard A. Steigerwald, Sr.,    Patricia L. Steigerwald,    6 Cheryl Drive,
                 Coraopolis, PA 15108-3404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2019 at the address(es) listed below:
              David Z. Valencik    on behalf of Debtor Richard A. Steigerwald, Sr. dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Patricia L. Steigerwald dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              David Z. Valencik    on behalf of Plaintiff Patricia L. Steigerwald dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              David Z. Valencik    on behalf of Plaintiff Richard A. Steigerwald, Sr. dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Patricia L. Steigerwald dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Richard A. Steigerwald, Sr. dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS 2005-06 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Robinson/Montour School District
               jhunt@grblaw.com, cnoroski@grblaw.com
              Kevin Scott Frankel    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
               pabk@logs.com
              Michael Kaminski    on behalf of Plaintiff Richard A. Steigerwald, Sr. mkaminski@c-vlaw.com,
               jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              Michael Kaminski    on behalf of Plaintiff Patricia L. Steigerwald mkaminski@c-vlaw.com,
               jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 13