IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Bankruptcy No. 17-21291 CMB |
| Richard A. Steigerwald Sr. and | ) |
| Patricia L. Steigerwald, | ) **Chapter** 13 |
|     **Debtors,** | ) |
| Ronda J. Winnecour, | ) Related to: Document Nos. 115, 120 |
| Chapter 13 Trustee, | ) |
|     **Movant,** | ) |
| **vs.** | ) |
| Richard A. Steigerwald Sr. and | ) |
| Patricia L. Steigerwald, | ) |
|     **Respondents.** | ) |

## ORDER

**AND NOW**, this 9th day of December 2019, the Motion of the Debtors to extend the time to comply with the Court's Order at Document No. 115 is granted, the Debtors shall have until December 13, 2019, to file an Amended Plan or request for dismissal.

By the Court,

_/s/ Carlota M. Böhm_
**Carlota Böhm, Chief Judge**
**United States Bankruptcy Court**

FILED
12/9/19 4:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Richard A. Steigerwald, Sr.
Patricia L. Steigerwald
    Debtors

Case No. 17-21291-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr        Page 1 of 1        Date Rcvd: Dec 09, 2019
                     Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2019.
db/jdb       +Richard A. Steigerwald, Sr.,   Patricia L. Steigerwald,   6 Cheryl Drive,   Coraopolis, PA 15108-3404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2019 at the address(es) listed below:
            David Z. Valencik   on behalf of Debtor Richard A. Steigerwald, Sr. dvalencik@c-vlaw.com,
      cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
            David Z. Valencik   on behalf of Joint Debtor Patricia L. Steigerwald dvalencik@c-vlaw.com,
      cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
            David Z. Valencik   on behalf of Plaintiff Patricia L. Steigerwald dvalencik@c-vlaw.com,
      cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
            David Z. Valencik   on behalf of Plaintiff Richard A. Steigerwald, Sr. dvalencik@c-vlaw.com,
      cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
            Donald R. Calaiaro   on behalf of Joint Debtor Patricia L. Steigerwald dcalaiaro@c-vlaw.com,
      cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
            Donald R. Calaiaro   on behalf of Debtor Richard A. Steigerwald, Sr. dcalaiaro@c-vlaw.com,
      cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
            James Warmbrodt   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS 2005-06 bkgroup@kmllawgroup.com
            Jeffrey R. Hunt   on behalf of Creditor   Township of Robinson/Montour School District jhunt@grblaw.com, cnoroski@grblaw.com
            Kevin Scott Frankel   on behalf of Creditor   Carrington Mortgage Services, LLC, et al. pabk@logs.com
            Michael Kaminski   on behalf of Plaintiff Richard A. Steigerwald, Sr. mkaminski@c-vlaw.com,
      jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
            Michael Kaminski   on behalf of Plaintiff Patricia L. Steigerwald mkaminski@c-vlaw.com,
      jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
            Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                                                  TOTAL: 13