# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 17-21291 CMB |
| Richard A. Steigerwald, Sr. and | ) |
| Patricia L. Steigerwald, | ) **Chapter** 13 |
| **Debtors,** | ) |
| Richard A. Steigerwald, Sr. | ) **Related Document No.** 123-122 |
| Patricia L. Steigerwald**,** | ) |
| **Movants,** | ) **Hearing Date:** 01/15/20 @ 10:00 a.m. |
| **vs.** | ) **Response Date:** 12/26/19 |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| **Respondent.** | ) **Document No.** |

## CERTIFICATION OF NO OBJECTION REGARDING
### Motion to Dismiss Case - Document No. 122

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss Case filed on December 9, 2019, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Dismiss Case appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Dismiss Case were to be filed and served no later than December 26, 2019.

It is hereby respectfully requested that the Order attached to the Motion to Dismiss Case be entered by the Court.

Date: December 27, 2019      /s/ David Z. Valencik
　　　　　　　　　　　　　　**David Z. Valencik, Esquire,   PA I.D. #308361**
　　　　　　　　　　　　　　dvalencik@c-vlaw.com
　　　　　　　　　　　　　　**CALAIARO VALENCIK**
　　　　　　　　　　　　　　**428 Forbes Avenue, Suite 900**
　　　　　　　　　　　　　　**Pittsburgh, PA  15219-1621**
　　　　　　　　　　　　　　**(412) 232-0930**