Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Richard A. Steigerwald Sr.** | : | Case No. 17−21291−CMB |
| **Patricia L. Steigerwald** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |


**ORDER DISMISSING CASE WITHOUT PREJUDICE AND
TERMINATING WAGE ATTACHMENT**

        *AND NOW,* this ***The 30th of December, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

        (1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

        (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

        (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

        (4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 17-21291-CMB
Richard A. Steigerwald, Sr.                                     Chapter 13
Patricia L. Steigerwald
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dsaw              Page 1 of 2            Date Rcvd: Dec 30, 2019
                              Form ID: 309            Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2020.
```
db/jdb         +Richard A. Steigerwald, Sr.,    Patricia L. Steigerwald,    6 Cheryl Drive,
                 Coraopolis, PA 15108-3404
cr             +Carrington Mortgage Services, LLC, et al.,    1600 South Douglass Road,   Suite 200-A,
                 Anaheim, CA 92806-5951
cr             +Township of Robinson/Montour School District,    437 Grant Street, 14th Floor,   Frick Building,
                 Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
14393267       +Marc S. Weisberg, Esquire,    123 South Broad St.,    Suite 2080,   Philadelphia, PA 19109-1031
14713617       +The Bank of New York Mellon, et al...,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,,    Anaheim, CA 92806-5948
14522135       +Township of Robinson/Montour School District,    Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14393266       +EDI: BANKAMER.COM Dec 31 2019 07:08:00     Bank of New York Mellon,   1800 Tapo Canyon Road,
                 Mail Stop #Sv-103,    Simi Valley, CA 93063-6712
14676053        E-mail/Text: blegal@phfa.org Dec 31 2019 02:17:47     PHFA/HEMAP,   211 NORTH FRONT ST,
                 PO BOX 8029,   HARRISBURG, PA 17105
14393268       +E-mail/Text: blegal@phfa.org Dec 31 2019 02:17:46     PHFA,   211 N. Front St.,
                 Harrisburg, PA 17101-1466
14676828        E-mail/Text: bankruptcy.bnc@ditech.com Dec 31 2019 02:17:30
                 The Bank of New York Mellon fka The Bank of New Y,   c/o Ditech Financial LLC,   PO Box 6154,
                 Rapid City, SD 57709-6154
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
14393269       ##+Ruth I McHugh,   6 Cheryl Drive,   Coraopolis, PA 15108-3404
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2019 at the address(es) listed below:
```
              David Z. Valencik    on behalf of Plaintiff Richard A. Steigerwald, Sr. dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              David Z. Valencik    on behalf of Debtor Richard A. Steigerwald, Sr. dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Patricia L. Steigerwald dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              David Z. Valencik    on behalf of Plaintiff Patricia L. Steigerwald dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Patricia L. Steigerwald dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
```

```
District/off: 0315-2          User: dsaw              Page 2 of 2            Date Rcvd: Dec 30, 2019
                              Form ID: 309            Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Donald R. Calaiaro   on behalf of Debtor Richard A. Steigerwald, Sr. dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          James Warmbrodt   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS 2005-06 bkgroup@kmllawgroup.com
          Jeffrey R. Hunt   on behalf of Creditor   Township of Robinson/Montour School District jhunt@grblaw.com, cnoroski@grblaw.com
          Kevin Scott Frankel   on behalf of Creditor   Carrington Mortgage Services, LLC, et al. pabk@logs.com
          Michael Kaminski   on behalf of Plaintiff Richard A. Steigerwald, Sr. mkaminski@c-vlaw.com, jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
          Michael Kaminski   on behalf of Plaintiff Patricia L. Steigerwald mkaminski@c-vlaw.com, jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com

                                                                                     TOTAL: 13