**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RICHARD A. STEIGERWALD, SR.<br>PATRICIA L. STEIGERWALD<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:17-21291<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 03/31/2017  and confirmed on 08/28/2017 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 48,300.06 |
| Less Refunds to Debtor | 1,800.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 46,500.06 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 3,500.00 | |
| 　Trustee Fee | 1,963.96 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,463.96 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　BANK OF NEW YORK MELLON<br>　　Acct: 8401 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　BANK OF NEW YORK MELLON<br>　　Acct: 8401 | 26,970.68 | 23,016.80 | 0.00 | 23,016.80 |
| 　BANK OF NEW YORK MELLON<br>　　Acct: 8401 | 0.00 | 17,643.63 | 0.00 | 17,643.63 |
| 　BANK OF NEW YORK MELLON<br>　　Acct: 8401 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 40,660.43 |
| Priority | | | | |
| 　DONALD R CALAIARO ESQ<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　RICHARD A. STEIGERWALD, SR.<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　RICHARD A. STEIGERWALD, SR.<br>　　Acct: | 1,800.00 | 1,800.00 | 0.00 | 0.00 |
| 　CALAIARO VALENCIK<br>　　Acct: | 3,500.00 | 2,500.00 | 0.00 | 0.00 |

| 17-21291 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | CALAIARO VALENCIK | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CALAIARO VALENCIK | 7,000.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MONTOUR SD & ROBINSON TOWNSHIP (E | 3,868.46 | 375.67 | 0.00 | 375.67 |
| | Acct: 9948 | | | | |
| | | | | | 375.67 |
| Unsecured | | | | | |
| | PHFA(*) | 29,748.65 | 0.00 | 0.00 | 0.00 |
| | Acct: 9519 | | | | |
| | MARK S WEISBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RUTH MCHUGH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

| TOTAL PAID TO CREDITORS | | 41,036.10 |
|---|---|---|

TOTAL CLAIMED
PRIORITY        3,868.46
SECURED        26,970.68
UNSECURED     29.748.65


Date: 02/12/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com